147 A.3d 449

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CEAN T. REED, DEFENDANT-PETITIONER.

Filed July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004599-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 449

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAVON M. WILLIAMS, DEFENDANT-PETITIONER.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000313-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.